An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS L. WARE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63520

**FILED**

SEP 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order denying a motion for transcripts, motion for amended judgment of conviction, and motion for court appearance. Eighth Judicial District Court, Clark County; Doug Smith, Judge.

To the extent that appellant appealed the decision to deny his motion for transcripts and motion for court appearance, no statute or court rule permits an appeal from an order denying the aforementioned motions. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). To the extent that appellant appealed the decision to deny his motion for amended judgment of conviction, the notice of appeal was untimely filed. NRAP 4(b); *Edwards v. State*, 112 Nev. 704, 918 P.2d 321 (1996). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-26522

cc: Hon. Doug Smith, District Judge
Thomas L. Ware
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk